Certificate Number: 05781-LAW-DE-041283987

Bankruptcy Case Number: 26-80408



05781-LAW-DE-041283987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2026</u>, at <u>7:37</u> o'clock <u>PM PDT</u>, <u>Sheila Thompson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Louisiana</u>.

Date: <u>August 3, 2026</u>          By: <u>/s/Allison M Geving</u>

                                                Name: <u>Allison M Geving</u>

                                                Title: <u>President</u>